IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBORAH CORDOVA,

        Plaintiff,

v.                              No. 12-CV-00092 ACT/WDS

CHRISTUS ST. VINCENT HOSPITAL,
BRENDA STEWART, and KELLY
BERNATENE,

        Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY AND OTHER PRETRIAL DEADLINES

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's unopposed motion to extend discovery deadlines and other pretrial deadlines.

**THE COURT BEING FULLY APPRISED** in the premises, and the Motion is unopposed by the Defendants, and the Court otherwise finding the Motion to be well taken.

**IT IS NOW THEREFORE ORDERED** that said motion be and hereby is **GRANTED.**

The discovery and pretrial deadlines are extended as follows:

1. Discovery is extended from November 19, 2012 to December 14, 2012,

2. Motions related to discovery extended from November 29, 2012 to December 21, 2012,

3. Motions not related to discovery is extended January 7, 2013 until January 28, 2013.

_____
W. Daniel Schneider
United States Magistrate Judge

Submitted by:

*/s/Santiago E. Juarez*
Santiago E. Juarez, Esq.
*Attorney for Plaintiff*

Approved:

***(Electronic Approval 11-21-12)***
Victor P. Montoya
montoyav@jacksonlewis.com
JACKSON LEWIS, LL
*Attorney for Defendants*