IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBORAH CORDOVA,

Plaintiff,

v.                                                      Civ. 12-cv-0092 ACT/WDS

CHRISTUS ST. VINCENT HOSPITAL,
BRENDA STEWART, and
KELLY BERNATENE

Defendants.

## ORDER RESETTING CERTAIN PRETRIAL DEADLINES

This matter is before the Court on an unopposed Motion to Extend Discovery Deadlines. (Doc. No. 36). The Court, having considered the parties' motion finds that it is well taken and hereby sets the following pretrial deadlines:

a. **January 14, 2013** is the termination date for all discovery by all parties;

b. **January 21, 2013** is the deadline for the filing of all motions relating to discovery;

c. **February 7, 2013** is the deadline for the filing of all pretrial motions, including Daubert motions;

d. The Settlement Conference originally scheduled for January 14, 2013 is rescheduled for **February 14, 2013** at 9:00 a.m.

The parties are hereby notified that no further extensions will be given in this matter for discovery or motion practice.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE